IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                          CHAPTER 13

RONDA SUE REDUS                                 CASE NO. 05-21440 NLJ

      Debtor(s).

COMPLETED
_____
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

    THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C. SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 08/01/2010 | 931642 | CHECK MART | 11821 ADIE ROAD<br>MARYLAND HGTS MO 63043 | $ 1.50 |

DATED: 12/15/2010

                                              /s/ John Hardeman
                                        _____
                                          CHAPTER 13 TRUSTEE
                                          P.O. BOX 1948
                                          OKLAHOMA CITY, OK 73101
                                          (405)236-4843

                                                         #334/LB